**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

MARGARET COONEY,

       Plaintiff,

v.

FIRST UNUM LIFE INSURANCE
COMPANY AND UNUM GROUP.

       Defendant.

Civil Action No. 1:19-cv-73

## NOTICE OF SETTLEMENT

       The Plaintiff provides notice that the parties have reached a settlement of this matter.

The parties are finalizing the terms of the agreement, after which a Stipulation of Dismissal will

be filed.

       Dated this 18th day of September, 2019.

       Respectfully submitted,

       ERIC BUCHANAN & ASSOCIATES, PLLC
       ATTORNEYS FOR PLAINTIFF

       BY:   */s/ Hudson T. Ellis*
              Hudson T. Ellis (#28330)
              414 McCallie Avenue
              Chattanooga, TN  37402
              (423) 634-2506
              FAX: (423) 634-2505

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of September, 2019 this Notice of Settlement was sent to the following via the Court's ECF system:

James T. Williams
832 Georgia Avenue,
Suite 1200
Chattanooga, TN 37402-2289
Fax: (423) 321-1576
James.williams@millermartin.com

This the 18th day of September, 2019.

/s/ *Hudson T. Ellis*
Hudson T. Ellis